UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WENDELL COLEMAN,

          Plaintiff,

   v.

FERNANDEZ,

          Defendant.

Case No. 21-cv-01168-SI

**ORDER OF DISMISSAL**

     This *pro se* civil rights action was filed on February 16, 2021. On February 19, 2021, the court notified plaintiff in writing that the action was deficient due to the failure to pay the filing fee or, instead, a completed and signed court-approved *in forma pauperis* application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. Docket Nos. 4, 5. Plaintiff was advised that failure to pay the fee or file the application within 28 days would result in dismissal of the action. Plaintiff did not pay the filing fee or file an *in forma pauperis* application, and the deadline by which to do so has long passed. The action is therefore DISMISSED without prejudice. The clerk shall close the file.

     **IT IS SO ORDERED**.

Dated: May 4, 2021

_____

SUSAN ILLSTON
United States District Judge