UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDELL COLEMAN, <br><br> Plaintiff, <br><br> v. <br><br> FERNANDEZ, <br><br> Defendant. | Case No. 21-cv-01168-SI <br><br> **JUDGMENT** |

This action is dismissed without prejudice to plaintiff filing a new action for which he files an *in forma pauperis* application or pays the filing fee at the time he files his complaint.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: May 4, 2021

SUSAN ILLSTON
United States District Judge